UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ABNER R. NICHOLSON
        Petitioner
   v.                                **Judgment in a Civil Case**
GERALD BRANKER
        Respondent         Case Number: 5:06-HC-2148-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration after the evidentiary hearing of respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that the court finds that petitioner is mentally retarded and has been sentenced to death in violation of his constitutional rights. A writ of habeas corpus vacating his death sentences shall issue, and the State of North Carolina shall sentence petitioner to life imprisonment on each count of first-degree murder. As to all other claims raised in the petition, Nicholson fails to establish he is entitled to a writ of habeas corpus, and respondent's motion for summary judgment is granted as to those claims.

This Judgment Filed and Entered on September 20, 2010, with service on:
James B. Maxwell (via U.S. Mail)
Kenneth J. Rose (via U.S. Mail)
Mark J. Kleinschmidt (via U.S. Mail)
Valerie B. SpaldingDelForge (via CM/ECF Notice of Electronic Filing)

September 20, 2010                       /s/ Dennis P. Iavarone
                                                    Clerk

Raleigh, North Carolina